

## LAW OFFICES OF CHARLES EISS, P.L.
*"Representing Employers and Employees...but Not On the Same Case!"*

October 17, 2019

AKAM On-Site, Inc.
c/o Registered Agent, Leslie Kaminoff
1815 Griffin Road, SUITE 101
Dania Beach, FL 33004

       **Re: Donna Goldstein**
       **SENT BY REGULAR AND CERTIFIED MAIL**

Dear Mr. Kaminoff:

Please be advised this letter is written on behalf of our client, Donna Goldstein, as required by Florida Statutes § 448.110 to advise you of her intent to claim damages for your failure to compensate her for two days of her employment with you and accrued leave. Payment in full pursuant to this statute is due within 15 calendar days of your receipt of this letter.

Ms. Goldstein started to work for your company as a property manager on May 4, 2018 through her termination on May 1, 2019. Ms. Goldstein was initially employed as the property manager of Duo Condominium ("Duo"), and was compensated at an annual salary of $100,000.00. On March 4, 2019, Ms. Goldstein was transferred to manage Sea Air Towers and her annual salary was reduced to $80,000.00. Plaintiff was terminated on May 1, 2019. By April 28, 2019, Ms. Goldstein still had accrued 57.3 hours of leave, and Ms. Goldstein was not compensated for April 29, 2019 and April 30, 2019. Based on the termination meeting with Amy Thomas and Susan Fitch, Ms. Goldstein would receive payment of accrued leave at her rate of pay at Duo ($48.08 per hour). Therefore, Ms. Goldstein reasonably estimates that she is owed unpaid wages in the amount of $3,370.34 ($48.08 x 57.3hr + $38.46 x 2 x 8hr). A suit under Florida Statutes § 448.01 et seq. will include a claim for liquidated damages. Liquidated damages, when awarded by the court, are a double damages award. Therefore, the amount sought in a suit for unpaid wages will be approximately $6,740.68.

Therefore, demand is hereby made for unpaid wages in the amount of **$3,370.34**, together with attorney's fees accrued to date. The failure to make payment in full within 15 calendar days will result in the continuance of the law suit for the full damages referenced herein.

       **PLEASE GOVERN YOURSELVES ACCORDINGLY**

       Sincerely,

                              /s/ Charles Eiss
                              Charles Eiss, Esq.
                              chuck@icelawfirm.com

LAW OFFICES OF CHARLES EISS, P.L.
7951 SOUTHWEST 6TH STREET | SUITE 112 |
PLANTATION, FLORIDA
T: (954) 914-7890 F: (855) 423-5298