



Exceptional Management
Impeccable Reputation

1815 Griffin Road Suite #101
Dania Beach, FL 33004

41221 Fisher Island Drive
Fisher Island, Florida 33109
305-673-5537

# HUMAN RESOURCE HANDBOOK

*Becoming a Member of the AKAM On-Site Team*

# HUMAN RESOURCE HANDBOOK

## Section 3: Time Off

All AKAM On-Site's policies with respect to all categories of leave are outlined in this handbook, and are subject to review and modification from time to time in order to ensure full compliance with standards of current Federal and State employment law. Employees will receive prompt written information regarding any changes to our current policies.

*All new hires:* All new employees are ineligible to take any paid leave for any reason during the first ninety-days of employment, irrespective of leave that accrues to their benefit. New hires will accrue paid time off during the initial ninety-day period, but may not use any paid time off until the initial ninety-day period has expired.

Paid time off is based on the anniversary date of your employment.

### PAID TIME OFF

**Vacation Time**

The length of paid vacation time is determined by the length of employment.

Employees are entitled to 10 paid vacation days each subsequent year through, and including, year five.

Employees are entitled to 15 paid vacation days after completing five years of service, and 20 paid vacation days after completing ten years.

# HUMAN RESOURCE HANDBOOK

Vacation time that was not taken may not be carried over into the following year without written permission from an AKAM On-Site President. Vacation time is available to eligible employees to provide opportunities for rest, relaxation and personal pursuits.

Employees in the following employment classification(s) are eligible to earn and use vacation time as described in this policy:

*Regular full-time employees*

As there is no carryover provision for unused accrued vacation time, all AKAM On-Site's employees who have worked for AKAM On-Site for one year or longer will begin each calendar year on the anniversary date of their hire with a zero balance accrued in vacation time. In no event may an employee take in excess of five consecutive days for vacation unless such time includes paid holidays and advance written authorization has been received from your direct supervisor. A request may be denied if the supervisor, or any AKAM On-Site's senior executive feels that it would create scheduling conflicts or conflicts with AKAM On-Site's work commitments and scheduling requirements.

All vacation requests must be submitted on the written vacation request form available from the AKAM On-Site Human Resources and Benefits Coordinator at least thirty days prior to the scheduled time off. The request must be signed and approved by your direct supervisor, and the supervisor is responsible for maintaining a master vacation schedule for their department (or property site location), as well as physical submission of your form to the AKAM On-Site Human Resources and Benefits Coordinator. The management executive at each client site is responsible for ensuring that all days taken for vacation are properly recorded in the time and attendance system.

Conflicts in scheduling will be decided upon by your direct supervisor, and your request may be denied by your direct supervisor at his or her discretion.

# HUMAN RESOURCE HANDBOOK

**Sick Time**

AKAM On-Site provides paid sick leave benefits to all eligible employees for periods of temporary absence due to illnesses or injuries. The management executive at each client site is responsible for ensuring that all days taken for sick leave are properly recorded in the time and attendance system.

Unused sick time cannot be carried over from one year to the next. It is AKAM On-Site's policy that no employee will receive compensation in exchange for unused sick time. Eligible employee classification(s):

*Regular full-time employees*
Each employee accrues 5 paid sick days for each calendar year based on their employment anniversary date. Sick days are to be used for legitimate illnesses only.

In some instances, employees may be permitted to exceed the accrued available balance of sick leave since the actual accrual of available leave is not complete until December 31st, Accordingly, employees will be permitted to be paid for more sick leave than they may have accrued, but in no event may the paid sick leave exceed a total of five days in any given calendar year of your employment anniversary start date.

All employees must inform their direct supervisor no later than 2 hours before the start of their shift, if they are going to be absent.

To request advance time off relating to foreseeable matters, e.g. impending surgery, a written request should be submitted to the employee's direct supervisor, who will be responsible for the physical submission of the form to the AKAM On-Site Human Resources and Benefits Coordinator. In the event that an employee needs to reschedule any planned leave, they must notify their immediate supervisor in writing as soon as possible, and the direct supervisor will be responsible for sending the written change notice to the AKAM On-Site Human Resources and Benefits Coordinator to ensure proper recording of the withdrawal of the previously submitted request.

# HUMAN RESOURCE HANDBOOK

### Personal Time

*Regular full-time employees*

Each employee accrues 2 paid personal days per calendar year of their employment anniversary date.

These days must be prearranged with your supervisor at least 3 business days in advance, and cannot be combined with vacation, holidays, or sick days, without written authorization from your immediate supervisor.

Unused personal days cannot be carried over from one year to the next.

It is AKAM On-Site's policy that no employee will receive compensation in exchange for unused personal time.

### Family Medical Leave Act (FMLA)

Please contact the AKAM On-Site Human Resources and Benefits Coordinator directly with any requests to take time off from work for an extended period due to a medical condition or to take care of a loved one. If your requested leave is for reasons that qualify as leave under the Family and Medical Leave Act (FMLA), you will receive an information packet from the AKAM On-Site Human Resources and Benefits Coordinator that contains the full policy, forms, rights and duties of the FMLA for both you and AKAM On-Site.

Under certain circumstances, an employee with twelve months of service and who has worked at least one thousand two hundred fifty (1,250) hours in the year preceding a medical leave request, may request a leave of absence from work.

AKAM On-Site adheres to the requirements of the Federal Family and Medical Leave Act (FMLA) for all leave requests, including maternity leave. Eligible employees may take up to twelve weeks of unpaid family/medical leave within a twelve-month period and be restored to the same or an equivalent position upon their return to work.

## HUMAN RESOURCE HANDBOOK

Eligible employees may take family/medical leave for any of the following reasons:

- The birth of your child and to care for such child;

- The placement of a child with you for adoption or foster care, and in order to care for the newly-placed son or daughter;

- To care for a spouse, child, parent or grandparent (or any relation covered by law) with a "serious health condition" within the meaning of the FMLA; or,

- Because of your own serious health condition that renders you unable to perform an essential function of your position.

Any leave due to the birth and care of a child or the placement of a child for adoption or foster care, and care of the newly-placed child, must be completed within one year of the date of birth or placement of the child.

If you request leave because of a birth, adoption, or foster care placement of a child, because of your own serious health condition, or to care for a covered relation with a serious health condition, any accrued paid vacation, personal days, or family leave must be used first as part of your family/medical leave.

The use of paid time off, such as vacation or sick time, does not extend the twelve-week leave period. Your family/medical leave will run concurrently with other types of paid time off, including leave for worker's compensation injuries.

Leave that qualifies under the FMLA may be taken intermittently for periods of less than one day. AKAM On-Site may require an employee to temporarily transfer to an alternative position with equivalent pay rate and benefits, to better accommodate recurring periods of leave due to foreseeable medical treatment. Every employee is obligated to make a reasonable effort to schedule medical treatments so as not to interrupt company operations.

# HUMAN RESOURCE HANDBOOK

Employees who spend the night in a hospital (or have to do so for a loved one) and require additional leave connected to that hospital visit should notify the AKAM On-Site Human Resources and Benefits Coordinator that their request for leave is in connection with an overnight hospital stay. Human Resources will then confirm whether the leave qualifies under the FMLA.

During an approved family/medical leave, AKAM On-Site will maintain your health benefits under the same terms and conditions applicable to employees not on leave. Specifically:

- If you are being paid during your leave (by using your vacation or sick time), the company will deduct your portion of the health plan premium as a regular payroll deduction.

- If your leave is unpaid, you must pay your portion of the health insurance premium

- Your health coverage may be subject to cancellation if your premium payment is more than 30 days late.

If your need for family/medical leave is foreseeable, you must give thirty days' advance written notice. If this is not possible, you must give notice to your direct supervisor as soon as practicable (within one or two business days of discovering your need for leave). Failure to provide such notice may be grounds for delay of leave. If your need is due to any impending planned medical treatment, you are advised to schedule the treatment to avoid disrupting the company's operations.

If an employee fails to report to work promptly at the expiration of the approved FMLA period it constitutes job abandonment and AKAM On-Site will assume the employee has resigned.

## HUMAN RESOURCE HANDBOOK

**Leave of Absence**

When a personal leave ends, reasonable effort will be made to return the employee to the same position, if it is available, or to a similar available position for which the employee is qualified. However, AKAM On-Site cannot guarantee reinstatement in all cases.

- Eligible employees may request personal leave only after having completed 365 calendar days of service. As soon as eligible employees become aware of the need for a personal leave of absence, they should request a leave from their supervisor.

- Personal leave may be granted for a period of up to 30 calendar days every 1 year. With the supervisor's approval, an employee may take any available sick leave or vacation leave as part of the approved period of leave.

- Requests for personal leave will be evaluated based on a number of factors, including anticipated workload requirements and staffing considerations during the proposed period of absence.

- Subject to the terms, conditions, and limitations of the applicable plans, health insurance benefits will be provided by AKAM On-Site until the end of the month in which the approved personal leave begins. At that time, employees will become responsible for the full costs of these benefits if they wish coverage to continue. When the employee returns from personal leave, benefits will again be provided by AKAM On-Site according to the applicable plans.

- Vacation, sick time, personal and holiday benefits, will continue to accrue during the approved personal leave period.

- If an employee fails to report to work promptly at the expiration of the approved leave period, AKAM On-Site will assume the employee has resigned.

# HUMAN RESOURCE HANDBOOK

### Returning To Work

If you take leave because of your own serious health condition, you must provide medical certification that you are able to resume work before you return.

### No Work While On Leave

The taking of another job while on family or medical leave or any other authorized leave may lead to disciplinary action, up to and including termination.

### State and Local Family and Medical Leave Laws

Where State or local family and medical leave laws offer more protection or benefits to employees, the protection or benefits provided by such laws will apply. Additional leave policies may apply for members of the military (including the reserves) and their families.

### Jury Duty

Employees who are called to jury duty must notify their direct supervisor as soon as they are served notice. Management executives and senior level personnel must provide an electronic copy of the jury duty notice to AKAM On-Site Human Resources and Benefits Coordinator.

Jury duty served will not affect sick, personal, or vacation time. Employees on jury duty will be paid their full regular salary for up to two weeks.

### Military Leave

A military leave of absence will be granted to employees who are absent from work because of service in the U.S. uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act (USERRA). Advance notice of military service is required, unless military necessity prevents such notice or it is otherwise impossible or unreasonable.

# HUMAN RESOURCE HANDBOOK

**Bereavement**

Upon the death of an immediate family member (grandmother, grandfather, mother, father, sister, brother, spouse/domestic partner, or child), AKAM On-Site allows up to three paid days for personal bereavement in addition to normal earned time off.

**Holidays**

The AKAM On-Site offices are generally closed in observance of Federal holidays each year, depending upon the day of the week upon which a holiday may fall. On site staff must follow the approved holiday schedule of the client property, and may be granted a different day off during the same week or receive holiday pay instead for the time off. All new employees will only receive paid holiday vacation once they have completed the initial ninety-day employment period.

The general holidays included are:
New Year's Day
President's Day
Good Friday (floating)
Memorial Day
Independence Day
Labor Day
1st Day of Rosh Hashanah (floating)
Yom Kippur
Thanksgiving and the Friday following
Christmas

A list of holidays during which the AKAM On-Site offices are scheduled to be closed will be furnished to all AKAM On-Site employees at the beginning of each new calendar year. This list is subject to change.

# HUMAN RESOURCE HANDBOOK

## Important Agreements

Immediately upon receipt of this Handbook, you are required to sign both copies of all the agreements that follow, and to give both signed copies of all agreements to your immediate supervisor.

Your supervisor will retain a copy of each agreement, and will return one copy of each agreement to you for your personal records.